Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff
DANNY CLINCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CLINCH, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>KARL & KAI KANI, INC., a Delaware Corporation individually and d/b/a "Karl Kani" and f/d/b/a Karl Kani Infinity, Inc.; KARL KANI, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-04972-PSG-SK<br><br>**NOTICE OF SETTLEMENT** |

1
NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT the parties to this action have reached a resolution of the claims at issue and should be in a position to dismiss this matter in its entirety within thirty days. To that end, Plaintiff respectfully requests that the current dates and deadlines be vacated and the parties be given thirty days to effect dismissal of the action.

Respectfully submitted,

Dated: September 8, 2020            By: */s/ Scott Alan Burroughs*
                                        Scott Alan Burroughs, Esq.
                                        Justin M. Gomes, Esq.
                                        DONIGER / BURROUGHS
                                        Attorneys for Plaintiff
                                        DANNY CLINCH